RF:MEC:mec
F.#2002R02932
ORDER.CHARNO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

STEVEN CHARNO,

        Defendant.

- - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

Cr. No. 03-865(ADS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 1 9 2009 ★
LONG ISLAND OFFICE

UPON the application of the United States of America,
by Assistant United States Attorney Martin E. Coffey, and with
the consent of the defendant, STEVEN CHARNO, by his attorney
Douglas T. Burns, it is hereby

ORDERED that the transcript of the proceedings, held
before the Honorable Arlene R. Lindsay, United States Magistrate
Judge, on October 8, 2003, at which the above-named defendant,
STEVEN CHARNO, entered a plea of guilty, be unsealed for
purposes of disclosure by the Government, pursuant to Title 18,
United States Code, Sections 3500 et seq., in United States v.
Peter Gleason and Alfred Caronia (06 CR 229(ENV)).

Dated: Central Islip, New York
      May 19, 2008

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

Criminal ___ Action ___ No. ___

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

vs.

STEVEN CHARNO,

Defendant.

## ORDER

BENTON J. CAMPBELL
United States Attorney
271 Cadman Plaza East
Brooklyn, New York 11201
Mailing Address:
271 Cadman Plaza East
Brooklyn, New York 11201

Due Service of a copy of the within _____ is hereby admitted.

Dated: _____ , 2006

Attorney for _____

Martin E. Coffey
Assistant U.S. Attorney
(718) 254-6157

---

SIR:

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, **271 Cadman Plaza East Brooklyn, New York**

Dated: Brooklyn, New York _____ , 2006

United States Attorney,
Attorney for _____

To: _____

Attorney for _____

—

SIR:

PLEASE TAKE NOTICE that the within is a true copy of ___ Duly entered herein on the ___ day of ___ in the office of the Clerk of the Eastern District of ___ ,

New York,
Dated: Brooklyn, New York _____ , 2006

United States Attorney,
Attorney for _____

To: _____

Attorney for _____