*Joel R. Weiss, Esq.*
*1320 RexCorp Plaza*
*Uniondale, NY 11556-1320*
*Phone: (516) 227-0692*
*Fax: (516) 336-2267*
*jweiss@farrellfritz.com*

June 26, 2009

**By ECF**
Honorable Arthur D. Spatt
United States District Judge
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT. VIA FACSIMILE.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
JUN 30 2009 ★
LONG ISLAND OFFICE

Re: **United States v. Steven Charno**
(Adjournment of Sentencing)
Docket No. 03CR865 (ADS)

Dear Judge Spatt:

I write to seek a final adjournment of sentencing herein from August 5, 2009 until mid-September or soon thereafter.

This request is occasioned by three considerations. First, the Government is in the process of formulating a final written submission in relation to this matter. I would like to receive it and respond to it in our sentencing submission; and give the Court due time to consider our submission prior to sentencing. Second, my client needs some additional time to wind up his medical practice and provide a reasonable, smooth transition for his many patients. Third, my client wishes to be certain of his availability for two particular medical events concerning a close family member scheduled for this Fall.

AUSA Martin Coffey has expressed his consent to this request, and indicated that he is unavailable on September 18, 2009.

I respectfully ask Your Honor to endorse this final sentencing adjournment request.

*Application granted. Final adjournment. Sentencing is adjourned to September 25, 2009 at 3:30 P.M.*

Very truly yours,

_____/S/_____
Joel R. Weiss

JRW/tcf
cc: AUSA Martin Coffey (By ECF)

U.S.D.J.   6/30/09